**24-5006**
District Court No. **1:20-cv-03010-APM**

**IN THE**
**United States Court of Appeals**
***for the***
**District of Columbia Circuit**

---

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated,
*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent*,

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

*Plaintiffs*,

v.

GOOGLE, LLC.

*Defendant*.

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA,

STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON,

*Real Parties in Interest.*

---

**PETITIONER'S MOTION TO EXTEND TIME**

---

Brad Greenspan
244 5th Ave, Suite #G290
New York, NY 10001
Email: legalsupport1@nym.hush.com
*Petitioner Pro Se*

FRAP 26(b) provides, with exceptions not relevant here, that "[f]or good cause, the court may extend the time prescribed by these rules or by its order to perform any act." In the present matter, good cause exists because the Petitioner filed this matter *pro se* and then hired counsel that has been a member of D.C. Bar for over 20 years but who required a short time to obtain admission to this Circuit before filing the opening brief.

Attorney request for admission to this Court took several weeks to complete application signatures, on or about January 31, 2024 submit. Application granted last week was relayed only today to the lawyer but awaits formal confirmation from such office as of this date and is, therefore, unable to file a brief on behalf of Petitioner at this time but expects it will be within a week or less.

According to the briefing schedule provided by the Court, Petitioner's brief is due today, February 12, 2024. Petitioner requests an additional 30 days to permit for attorney to verify his admission to this Court and prepare the brief, which would make Petitioner's brief due on March 13, 2024.

This is Petitioner's first request for extension of time to file. Petitioner is unaware of any party that objects to this motion.

Petitioner has attempted to ascertain the position of all relevant parties regarding this motion and has received only two responses. Based on those responses, Petitioner can state that neither The New York Tines Company nor the

State of Wisconsin, nor Department of Justice intends to object to this motion. And Appellee Google LLC, California, Texas, Colorado did not respond.

For the foregoing reasons, Petitioner hereby requests an order of the Court extending the time for filing his opening brief from February 12, 2024 to March 13, 2024. In accordance with guidance from this Court's Clerk's Office and Petitioner's understanding of FRAP 26, Petitioner intends to file the brief (through counsel) by March 13, 2024 unless instructed otherwise by order of this Court.

Dated: February 12, 2024

Respectfully submitted:

*/s/Brad Greenspan*
Brad Greenspan
244 5th Avenue, Suite #G290
New York, NY 10001
Email: legalsupport1@nym.hush.com
*Petitioner Pro Se*

**SUBMISSION OF CERTIFICATE OF COMPLIANCE**

**24-5006**
District Court No. **1:20-cv-03010-APM**

---

**IN THE**
**United States Court of Appeals**
***for the***
**District of Columbia Circuit**

---

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated
*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent*,

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

*Plaintiffs*,

v.

GOOGLE, LLC.

*Defendant*.

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON,

*Real Parties in Interest.*

---

**SUBMISSION OF CERTIFICATE OF COMPLIANCE**

---

Brad Greenspan
244 5th Ave, Suite #G290
New York, NY 10001
Email: legalsupport1@nym.hush.com
*Petitioner Pro Se*

**SUBMISSION OF CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a), Appellant makes the following certifications:

**1.** This brief complies with the type-volume limitation of words for briefs on behalf of Intervenors as it contains 947 words and, thus complies with Fed. R. App. P. 27(d)(2)(A);

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(6), because this brief has been prepared in monospaced typeface using Microsoft Word 2021 in 14 pitch font, Times New Roman Style.

Dated: February 12, 2024

Respectfully submitted,

*/s/Brad Greenspan*
Brad Greenspan
244 5th Avenue, Suite #G290
New York, NY 10001
Email: legalsupport1@nym.hush.com
*Petitioner Pro Se*

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB 13 2024

RECEIVED