**24-5006**
District Court No. **1:20-cv-03010-APM**

## IN THE
## United States Court of Appeals
### *for the*
### District of Columbia Circuit

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated
*Petitioner,*

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent,*

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF
CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF
INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE
OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF
MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF
WISCONSIN

*Plaintiffs,*

v.

GOOGLE, LLC.

*Defendant.*

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE
OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF
TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF
CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA,
TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF

1

KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF
MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF
NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO,
STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE
OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF
PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA,
STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF
WASHINGTON,

*Real Parties in Interest.*

---

## APPELLANT STATEMENT OF ISSUES TO BE RAISED

---

PRELIMINARY STATEMENT OF ISSUES TO BE RAISED

Potential issues for consideration on appeal include:

(1) Whether The Appellant has Title III Standing?

(2) Whether Ninth Circuit Had Jurisdiction After Notice Appeal Filed By
Appellant? Whether when Appellee's Motion For Vexatious Litigant and 1927
lawyer sanctions were filed in District Court a lack of jurisdiction existed?

(3) Did granted Docket #794 Appellant's Request For Judicial Notice make
Appellant Party to the case or what alternative interpretation or plain meaning of
a "Party" in Rule 201 of Federal Evidence Rules? On what basis or what evidence or
what method did the Court use to compare the topics of the evidence and matters
submitted by Appellant did the Court use to determine the matters were not
relevant to the ongoing dispute which both pertain to 2007 efforts and tactics of
Appellee in its operating its online search engine and advertising business in
regards to outside 3rd parties including specifically Apple and the largest
transaction it publicly announced the same year in 2007, with Myspace.com.

Brad Greenspan

244 5th Ave, Suite #G290
New York, NY 10001
Email: legalsupport1@nym.hush.com
*Petitioner Pro Se*

**SUBMISSION OF CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a), Appellant makes the

following certifications:

**1.** This brief complies with the type-volume limitation of words for briefs on

behalf of Intervenors as it contains 874 words and, thus complies with Fed. R.

App. P. 27(d)(2)(A);

2. This brief complies with the typeface requirements of Fed. R. App. P.

32(a)(6), because this brief has been prepared in monospaced typeface using

Microsoft Word 2021 in 14 pitch font, Times New Roman Style.

Dated: February 12, 2024

Respectfully submitted,

*/s/Brad Greenspan*
Brad Greenspan
244 5th Avenue, Suite #G290
New York, NY 10001
Email: legalsupport1@nym.hush.com
*Petitioner Pro Se*
