**24-5006**
District Court No. **1:20-cv-03010-APM**

IN THE
United States Court of Appeals
*for the*
District of Columbia Circuit

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated,
*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent*,

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

*Plaintiffs*,

v.

GOOGLE, LLC.

*Defendant*.

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA,

1

STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON,

*Real Parties in Interest.*

---

**PETITIONER'S MOTION TO EXTEND TIME**

---

                                                Brad Greenspan
                                                244 5th Ave, Suite #G290
                                                New York, NY 10001
                                                Email: legalsupport1@nym.hush.com
                                                *Petitioner Pro Se*

FRAP 26(b) provides, with exceptions not relevant here, that "[f]or good cause, the court may extend the time prescribed by these rules or by its order to perform any act." In the present matter, good cause exists because the Petitioner filed this matter *pro se* has retained outside counsel that subsequently was granted D.C. Bar membership but because of (i) the unexpected Februry 26, 2024 motions for dismissal filed by Plaintiffs and Appellee, despite these parties not opposing the Appellant's prior extension of time to file its opening brief, (ii) the unexpected conversion of Appellant's March 18, 2024 notice of appeal of its denied motion joinder into a supplemental notice of appeal in this case, additional time is now required based on these new matters and issues for outside counsel to get up to speed and be able to address these new complex matters now required to be included with or at the same time the opening brief is filed. The Appellant contacted the following parties today March 22, 2024 by email attempting to get consent or inquire if opposition exists for the extension: the U.S. Department of Justice, Appellee Google LLC, California Attorney General, Indiana Attorney General, Texas Attorney General, Arkansas Attorney General, Georgia Attorney General, Wisconsin Attorney General, Colorado Attorney General, New York Attorney General, Maine Attorney General.  Petitioner has attempted to ascertain the position of all relevant parties regarding this motion and has received no responses opposing the extension.  However no parties indicated opposition to the

3

extension by the time this motion was completed. Appellant subsequently will serve the motion by email personal service to all parties immediately before the motion is filed in the Circuit Court after hours drop box.

According to the briefing schedule provided by the Court, Petitioner's brief is due March 27, 2024. Petitioner requests an additional 28 days to permit for attorney to verify his admission to this Court and prepare the brief, which would make Petitioner's brief due on April 24, 2024.

This is Petitioner's second request for extension of time to file. Petitioner is unaware of any party that objects to this motion.

For the foregoing reasons, Petitioner hereby requests an order of the Court extending the time for filing Appellant's opening brief from March 27, 2024 to April 24, 2024. In accordance with guidance from this Court's Clerk's Office and Petitioner's understanding of FRAP 26, Petitioner intends to file the brief (through counsel) by April 24, 2024 unless instructed otherwise by order of this Court.

Dated: March 22, 2024

                                        Respectfully submitted:

                                        */s/Brad Greenspan*
                                        Brad Greenspan
                                        244 5th Avenue, Suite #G290
                                        New York, NY 10001
                                        Email: legalsupport1@nym.hush.com
                                        *Petitioner Pro Se*

# SUBMISSION OF CERTIFICATE OF COMPLIANCE

**24-5006**
District Court No. **1:20-cv-03010-APM**

**IN THE**
**United States Court of Appeals**
*for the*
**District of Columbia Circuit**

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated
*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent*,

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

*Plaintiffs*,

v.

GOOGLE, LLC.

*Defendant*.

5

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON,

*Real Parties in Interest.*

---

**SUBMISSION OF CERTIFICATE OF COMPLIANCE**

---

Brad Greenspan
244 5th Ave, Suite #G290
New York, NY 10001
Email: legalsupport1@nym.hush.com
*Petitioner Pro Se*

**SUBMISSION OF CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a), Appellant makes the following certifications:

**1.** This brief complies with the type-volume limitation of words for briefs on behalf of Intervenors as it contains 971 words and, thus complies with Fed. R. App. P. 27(d)(2)(A);

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(6), because this brief has been prepared in monospaced typeface using Microsoft Word 2021 in 14 pitch font, Times New Roman Style.

Dated: March 22, 2024

                                        Respectfully submitted,

                                        */s/Brad Greenspan*
                                        Brad Greenspan
                                        244 5th Avenue, Suite #G290
                                        New York, NY 10001
                                        Email: legalsupport1@nym.hush.com
                                        *Petitioner Pro Se*

**24-5006**
District Court No. **1:20-cv-03010-APM**

IN THE
**United States Court of Appeals**
*for the*
**District of Columbia Circuit**

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated,
*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent*,

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

*Plaintiffs*,

v.

GOOGLE, LLC.

*Defendant.*

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA,

1