# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5006**             **September Term, 2023**

**1:20-cv-03010-APM**

**Filed On: April 11, 2024** [2049146]

United States of America, et al.,

    Appellees

    v.

Google LLC,

    Appellee

Brad Greenspan,

    Appellant

### O R D E R

Upon consideration of appellant's motion to extend time, it is

**ORDERED** that the motion be granted. Appellant's responses to the motions to dismiss and for summary affirmance, and any dispositive motions, are now due April 24, 2024.

Failure by appellant to comply with this order may result in dismissal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                  BY:     /s/
                                                    Catherine J. Lavender
                                                    Deputy Clerk