# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5006**           **September Term, 2023**

1:20-cv-03010-APM

Filed On: May 20, 2024 [2055308]

United States of America, et al.,

    Appellees

    v.

Google LLC,

    Appellee

Brad Greenspan,

    Appellant

## O R D E R

Upon consideration of appellant's motion for extension of time and the response thereto, it is

**ORDERED** that the motion for extension of time be granted. Appellant's responses to the motions to dismiss and for summary affirmance, and any dispositive motions, are now due May 22, 2024. Failure by appellant to comply with this order may result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38. No merits briefing schedule has been entered, and appellant's opening brief is not due at this time.

                                                                  FOR THE COURT:
                                                                  Mark J. Langer, Clerk

                                      BY:    /s/
                                                                   Catherine J. Lavender
                                                                  Deputy Clerk