24-5006
District Court No. **1:20-cv-03010-APM**

# IN THE
# United States Court of Appeals
*for the*
# District of Columbia Circuit

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated,
*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent*,

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

*Plaintiffs*,

v.

GOOGLE, LLC.

*Defendant*.

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA,

1

STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON,

*Real Parties in Interest.*

---

**PETITIONER'S MOTION TO STAY**

---

>Brad Greenspan
>244 5th Ave, Suite #G290
>New York, NY 10001
>Email: legalsupport1@nym.hush.com
>*Petitioner Pro Se*

FRAP 26(b) provides, with exceptions not relevant here, that "[f]or good cause, the court may extend the time prescribed by these rules or by its order to perform any act." In the present matter, good cause exists because of the matters described in the Petitioner's Motion To Correct or Modify the Record under FRAP 10.

The Appellant did not contact the other parties before filing this motion because there was not sufficient time prior to the deadline.

According to the schedule provided by the Court, Petitioner's response is due May 22, 2024. Petitioner requests a stay until such time as the record submitted by the District Court is corrected with the missing records cited by Appellant provided to this Circuit Court.

Dated: May 22, 2024

Respectfully submitted:

*/s/Brad Greenspan*
Brad Greenspan
244 5th Avenue, Suite #G290
New York, NY 10001
Email: legalsupport1@nym.hush.com
*Petitioner Pro Se*

Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App.P. 32(a)(6) because:

this document has been prepared in a proportionally spaced typeface using Word Office in Time New Roman 14 type. Words 451

(s)_/s/__Brad Greenspan
    Brad Greenspan
    244 5th Avenue, Suite #G290
    New York, NY 10001
    *Petitioner Pro Se*

*CERTIFICATE OF SERVICE*

*I hereby certify that on May 22, 2024, I electronically [filed the] foregoing motion with the Clerk of the Court of the [U.S.] Court of Appeal for the District of Columbia using [the CM/ECF] system; that other participants in this appeal are re[gistered] CM/ECF users; and that service on these other participants will be accomplished by the CM/[ECF system].*

*/s/ Brad Greenspan Certified Pro Se CM/ECF*

----- Forwarded message from legalsupport1@nym.hush.com -----
Date: 5/22/2024 at 11:57 PM
Subject: record of filing of 2 motions #24-5006
To: pacer@psc.uscourts.gov

Hello
i am trying to file these 2 motions
into DC Circuit Court of appeals
but having trouble logging into
PACERs.

please file this for me in the Circuit Court
or note the time /date these were attempted
filed.

thank you