# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5006**                                                 **September Term, 2023**

1:20-cv-03010-APM

**Filed On:** June 17, 2024

United States of America, et al.,

        Appellees

    v.

Google LLC,

        Appellee

Brad Greenspan,

        Appellant

      **BEFORE:**    Rao and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to correct the record; the motion to hold in abeyance pending correction of the record, the opposition thereto, and the reply; and the motions to disqualify, the oppositions thereto, and the reply, it is

**ORDERED** that the motion to correct the record be dismissed as moot. This court has access to appellant's requested trial transcripts, and they already constitute part of the record on appeal. See Fed. R. App. P. 10(a)(2). To the extent that appellant's reply in support of his motion to hold in abeyance seeks to expand his motion to correct the record to also apply to other documents, he forfeited that argument by raising it for the first time in a reply. See Union of Concerned Scientists v. DOE, 998 F.3d 926, 931 (D.C. Cir. 2021). It is

**FURTHER ORDERED** that the motion to hold in abeyance be dismissed as moot. It is

**FURTHER ORDERED** that appellant file any responses to the motions to dismiss and for summary affirmance within 10 days of the date of this order. The court will grant no further extensions of time for any such responses absent exceptional circumstances.

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 24-5006**                        **September Term, 2023**

Failure by appellant to comply with this order may result in dismissal of the appeal for lack of prosecution. <u>See</u> D.C. Cir. Rule 38. It is

      **FURTHER ORDERED** that consideration of the motions to disqualify be deferred pending further order of the court.

**<u>Per Curiam</u>**

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                     BY:     /s/
                                  Selena R. Gancasz
                                  Deputy Clerk