# APPELLANT STATEMENT OF ISSUES TO BE RAISED

**24-5006**
District Court No. **1:20-cv-03010-APM**

IN THE
**United States Court of Appeals**
*for the*
**District of Columbia Circuit**

---

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated
*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent*,

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

*Plaintiffs*,

v.

GOOGLE, LLC.

*Defendant*.

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE

OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON,

*Real Parties in Interest.*

## APPELLANT STATEMENT OF ISSUES TO BE RAISED

PRELIMINARY STATEMENT OF ISSUES TO BE RAISED

Potential issues for consideration on appeal include:

(1) Whether The Appellant's Due Process and right to court acccess were violated?

(2) Whether The August 4, 2024 Denied Request For Judicial Notice Was Erroneous?

(3) Whether Appellant's Rights Under The Clayton Act Rule 7a-3(a)(1) and 1514A were contravened?

(4) Whether Plaintiffs Fulfilled Their Duties Owed To Appellant Under The Clayton Act Rule 7a-3(a)(1)?

(4)  Does Fed. R. Civ. P. 5(d)(2)(B) Preclude A Court's Authority To Create Other Methods of Filing?

(5)  Were The Over Thirty Record Documents Carried Away On January 4,5,8 A

Contravention of Rule 5(d)(4)?

(6) Does The Appellant Have A Right To Jury Trial Under Seventh Amendment?

(7) Were FRCP Rule 23 Class Federal Antitrust Causes of Action Included Granted Judicial Notice #794 Disposed Of On The Merits?

(8) Whether 28 U.S. Code § 1735 required the United States attorney for the district to restore lost or destroyed Appellant records?

(9) Whether Recusal Was Required Before The August 4, 2024 Judgment?

Dated: September 18, 2024

Respectfully submitted,

By /s/ Alfred C. Constants III

Alfred C. Constants III, Esq.
Constants Law Offices, LLC.
115 Forest Ave., #331
Locus Valley, NY 11560
Tel: 516-200-9660
Email: ConstantsLaw@Proton.me
*Attorney For Appellant*