# SUBMISSION OF CERTIFICATE OF COMPLIANCE

24-5006
District Court No. **1:20-cv-03010-APM**

IN THE
United States Court of Appeals
*for the*
District of Columbia Circuit

---

In re: BRAD GREENSPAN, on behalf of himself and all others similarly situated
*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Respondent*,

and

UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, AND STATE OF WISCONSIN

*Plaintiffs*,

v.

GOOGLE, LLC.

*Defendant*.

1

STATE OF COLORADO, STATE OF NEBRASKA, STATE OF ARIZONA, STATE OF IOWA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF UTAH, STATE OF ALASKA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, TERRITORY OF GUAM, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, STATE OF RHODE ISLAND, STATE OF SOUTH DAKOTA, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON,

*Real Parties in Interest*.

---

### SUBMISSION OF CERTIFICATE OF COMPLIANCE

---

Alfred C. Constants III, Esq.
Constants Law Offices, LLC.
115 Forest Ave., #331
Locus Valley, NY 11560
Tel: 516-200-9660
Email: ConstantsLaw@Proton.me
*Attorney For Appellant*

**SUBMISSION OF CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a), Appellant makes the following certifications:

**1.** This brief complies with the type-volume limitation of words for briefs on behalf of Intervenors as it contains 1891 words and, thus complies with Fed. R. App. P. 27(d)(2)(A);

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(6), because this brief has been prepared in monospaced typeface using Microsoft Word 2021 in 14 pitch font, Times New Roman Style.

Dated: September 18, 2024

                                          Respectfully submitted,

                                        By  /s/ Alfred C. Constants III

                                        Alfred C. Constants III, Esq.
                                        Constants Law Offices, LLC.
                                        115 Forest Ave., #331
                                        Locus Valley, NY 11560
                                        Tel: 516-200-9660
                                        Email: ConstantsLaw@Proton.me
                                        *Attorney For Appellant*