# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 24-5006** **September Term, 2024**

**1:20-cv-03010-APM**

**Filed On:** December 10, 2024

United States of America, et al.,

    Appellees

  v.

Google LLC,

    Appellee

Brad Greenspan,

    Appellant

    **BEFORE:** Pillard, Rao, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to reopen; and the memorandum of law and fact, it is

**ORDERED** that the motion to reopen be denied. Appellant has not demonstrated any entitlement to such relief.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                        BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk