# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5006**                                    **September Term, 2024**

**1:20-cv-03010-APM**

**Filed On: December 18, 2024** [2090123]

United States of America, et al.,

      Appellees

    v.

Google LLC,

      Appellee

Brad Greenspan,

      Appellant

## <u>M A N D A T E</u>

    In accordance with the order of September 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

              BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk

Link to the order filed September 16, 2024